23cr253
Judge Lefkow
Magistrate Judge Fuentes
Randomly Assigned CAT 3

FELONY






THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously filed complaints signed by a magistrate judge? (You must answer 1b even if the answer is No) **NO**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

   1b. Should this indictment or information receive a new case number from the court? **YES**

2. Is this an indictment or information that supersedes one or more previously filed indictments or informations? **NO**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **NO**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5. Is this a transfer of probation supervision from another district to this District? **NO**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **NO**

8. Does this indictment or information include a conspiracy count? **NO**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Wire Fraud (III)**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 USC Section 1343**

*/s/ Sheri Mecklenburg*
SHERI MECKLENBURG
Assistant United States Attorney