UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 23 CR 253 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| STANISLAV SANNIKOV, | ) | |
| Aka "Steve Sannikov" | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF FORFEITURE MONEY JUDGMENT ORDER**

The United States of America, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for entry of a forfeiture money judgment order as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2, and in support thereof submits the following:

1. On April 25, 2023, an information was filed charging STANISLAV SANNIKOV with wire fraud in violation of Title 18, United States Code, Section 1343.

2. The information sought forfeiture to the United States of any and all right, title, and interest defendant STANISLAV SANNIKOV may have in any property, real and personal, which constitutes or is derived from proceeds traceable to the offenses charged in information, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

3. On March 13, 2024, defendant STANISLAV SANNIKOV entered a voluntary plea of guilty to the information, thereby making the property named in

the information subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) which states in part:

> (a)(1) The following property is subject to forfeiture to the United States:
>
> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to…or any offense constituting "specified unlawful activity" ….

4. It is the government's position that the total amount of funds involved in the offense is $3,021,481. Accordingly, the United States requests that this Court enter a forfeiture money judgment order against defendant, STANISLAV SANNIKOV, as to a personal money judgment in the amount of $3,021,481, because the property constitutes and is derived from the proceeds traceable to the offense of conviction.

5. If any of the funds in the amount of the $3,021,481 money judgment entered against defendant STANISLAV SANNIKOV, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. have been transferred or sold to, or deposited with, a third-party;

c. have been placed beyond the jurisdiction of the Court;

d. have been substantially diminished in value, or

e. have been commingled with other property which cannot be divided without difficulty;

the United States shall request that this Court order the forfeiture of any other property belonging to defendant STANISLAV SANNIKOV up to the value of

$3,021,481, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2, in order to satisfy the money judgment entered by the Court.

6. Since funds in the amount of the outstanding judgment cannot be located to satisfy the forfeiture judgment, pursuant to the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), and by Federal Rule of Criminal Procedure 32.2, the United States, has the authority to forfeit additional substitute assets to satisfy the money judgment. Should assets become available to satisfy the forfeiture money judgment in the future, the United States shall, at that time, file a motion for substitution of assets before this Court requesting permission to seize such assets and publish notice of the United States' intent to forfeit the property to satisfy any the forfeiture money judgment according to law.

7. Pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), and Subdivision (b)(3) of Rule 32.2 of the Federal Rules of Criminal Procedure, upon entry of this Forfeiture Money Judgment Order, the Court hereby authorizes the Attorney General or his designated representatives to conduct discovery to identify or locate property subject to forfeiture, including substitute assets, and to seize property ordered forfeited upon such terms and conditions as set forth by the Court.

8. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2,

the United States requests that the terms and conditions of this forfeiture money judgment order entered by this Court be made part of the sentence imposed against defendant STANISLAV SANNIKOV and included in any judgment and commitment order entered in this case against him.

WHEREFORE, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2, the United States requests that this Court enter a personal money judgment against defendant STANISLAV SANNIKOV in the amount of $3,021,481 and enter a forfeiture money judgment order against defendant STANISLAV SANNIKOV, in accordance with the draft Forfeiture Money Judgment Order which is submitted herewith.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: *<u>/s/ Sheri Mecklenburg</u>*
SHERI MECKLENBURG
Assistant United States Attorney
219 South Dearborn, Room 500
Chicago, Illinois 60604
(312) 353-5300

Dated: October 8, 2024