**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 01/14/2025

Case Number: 1:23-cr-00253

Case Title: USA v. Sannikov

Judge: Joan H. Lefkow

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: Sheri H. Mecklenburg

Exhibit is linked to entry: N/A

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ Declan Dolan
Deputy Clerk