IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 23 CR 253 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| STANISLAV SANNIKOV | ) | |

**DEFENDANT'S MOTION**
**TO EXTEND TIME FOR VOLUNTARY SURRENDER**

Defendant STANISLAV SANNIKOV, by the Federal Defender Program and its attorney, EMILY MOLLINEDO, moves this Court to extend the date on which Mr. Sannikov will be required to surrender himself to the custody of the Bureau of Prisons by 90 days. Mr. Sannikov is currently dealing with medical issues that require further attention prior to his entering the BOP. The government objects to this motion. In further support of this motion, Mr. Sannikov states as follows:

1. On February 5, 2025, this Court sentenced Mr. Sannikov to serve 50 months in the custody of the Bureau of Prisons. Mr. Sannikov was initially ordered to surrender himself into custody at the designated institution by 2:00 p.m. on Tuesday, April 15, 2025. This Court granted a previous motion to extend the surrender date, over the government's objection, on April 11, 2025. His current surrender date is June 3, 2025. This is Mr. Sannikov's second such request to this

Court.

2. Since this Court previously extended the surrender date Mr. Sannikov has undergone all the medical testing recommended by his doctor mentioned in his first motion to extend the surrender date. Dkt. 50. This includes two separate CT scans, a pulmonary function test, and follow-up appointments with his doctor. Despite this testing, his doctor has been unable to diagnose the abnormalities in his lungs and has ordered a bronchoscopy.

3. Following the second CT scan Mr. Sannikov's pulmonologist sent him a follow-up message in the patient portal where he noted abnormalities, specifically "calcifications in the arteries of [his] heart." See Ex. A. His doctor believes that it is important that Mr. Sannikov first meet with a cardiologist before getting a bronchoscopy, given the abnormalities in his scan coupled with his "episodes of chest pain." Ex. A; *see also* Ex. B at 3.

4. Following this medical advice, Mr. Sannikov reached out to get an appointment scheduled with a cardiologist, however, the soonest next available appointment is June 30, 2025. He has been placed on a waitlist in case sooner appointments become available, but at this time his appointment is scheduled for June 30. See Ex. C.

5. Mr. Sannikov understands that he must serve his sentence. He is fully aware that entering the BOP cannot perpetually be put off. However, medical

issues he is facing are serious. He has worked diligently to get as much done in the time the Court has provided him; however, new and unexpected further health issues have arisen. While it is impossible to know if he can fully recover from these health conditions prior to entering the BOP, he would at least like the ability to have these issues diagnosed or at least requests time to complete the follow-up testing his doctor has ordered prior to serving his sentence. Obviously, any proposed treatment plans or diagnoses from his doctors at RUSH would greatly help BOP facility doctors and streamline an often complicated and incredibly bureaucratic medical process once Mr. Sannikov does surrender to serve his sentence.

5. For these reasons, the defense is requesting that Mr. Sannikov's surrender date be set back by 90 days at this time.

5. Mr. Sannikov has been on bond for nearly two years without incident.

6. The government, by AUSA Sheri Mecklenburg, has been consulted, and indicated that the government opposes this motion.

Therefore, it is respectfully requested that this Court extend the time by which Mr. Sannikov will be required to surrender himself into custody by 90 days.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy,
Executive Director

By: _/s/ Emily Mollinedo_
Emily Mollinedo
*Attorney for Steve Sannikov*

EMILY MOLLINEDO
FEDERAL DEFENDER PROGRAM
55 E. Monroe Suite 2800
Chicago, IL 60603
(312) 621-8300