# Exhibit A

MyChart - Conversation | MyNM - Home | MyNM Verification Code

mychart.rush.edu/MyChart/app/communication-center/conversation?id=WP-24RMBHT70hZ...

Menu | RUSH | MyChart by Epic | Steve

← Conversation List

## Hello

Bookmark | Move to trash

**Participants**

Abhaya Trivedi, MD

Abhaya Trivedi, MD
May 22, 4:49 PM

Hello,

Your CT showed inflammation of the airways in the left lower part of your lung with mucous in the airways. Additional, it showed calcifications in the arteries of your heart.

Please complete the antibiotic course I sent. I would like to proceed with bronchoscopy but I would like you to see the cardiologist given the calcifications in the arteries of the heart and your episodes of chest pain.

I placed a referral to cardiology.

Thank you
Abhaya Trivedi

Reply

Interoperability Guide Terms and Conditions Contact Us High Contrast Theme Biometric Policy
MyChart Helpline: (312) 563-6600 Contact Rush rush.edu
MyChart® licensed from Epic Systems Corporation© 1999 - 2025
RUSH is a not-for-profit health care, education and research enterprise comprising RUSH University Medical Center, RUSH University, RUSH Oak Park Hospital, RUSH Health, and RUSH Copley Medical Center.

# Exhibit B

# Steve Sannikov

Patient Health Summary, generated on May 25, 2025

## Patient Demographics - Male; born Apr. 02, 1983

| Patient Address | Patient Name | Communication |
|---|---|---|
| [redacted]<br>[redacted] | Steve Sannikov | [redacted] |

| Language | Race / Ethnicity | Marital Status |
|---|---|---|
| English (Preferred) | White / Not Hispanic or Latino | Unknown |

## Note from Rush University Medical Center

This document contains information that was shared with Steve Sannikov. It may not contain the entire record from Rush University Medical Center.

## Allergies

No known active allergies

## Medications

**azelastine (ASTELIN) 137 mcg (0.1 %) Nasl Spry** (Started 1/7/2025)
Apply 1 spray into both nostrils two times daily Gently blow nose prior to use.
1 refill remaining

**azithromycin (ZITHROMAX Z-PAK) 250 mg PO dose pack** (Started 5/22/2025)
Take by mouth daily

**amoxicillin-clavulanate (AUGMENTIN) 875-125 mg PO tablet** (Started 5/22/2025)
Take 1 tablet (875 mg) by mouth every 12 hours

## Active Problems

No known active problems

## Social History

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Former | Cigarettes | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Sex and Gender Information | Value | Date Recorded |
|---|---|---|
| Sex Assigned at Birth | Not on file | |
| Legal Sex | Male | 01/02/2025 11:52 AM CST |
| Gender Identity | Not on file | |
| Sexual Orientation | Not on file | |

## Last Filed Vital Signs

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 150/102 | 01/07/2025 3:51 PM CST | md notified |
| Pulse | 85 | 01/07/2025 3:51 PM CST | |
| Temperature | 37.1 °C (98.8 °F) | 01/07/2025 3:51 PM CST | |
| Respiratory Rate | 18 | 01/07/2025 3:51 PM CST | |
| Oxygen Saturation | 98% | 01/07/2025 3:51 PM CST | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 100 kg (221 lb 6 oz) | 01/07/2025 3:44 PM CST | |
| Height | 178.5 cm (5' 10.28") | 01/07/2025 3:44 PM CST | |
| Body Mass Index | 31.51 | 01/07/2025 3:44 PM CST | |

## Results

### CT CHEST WITHOUT IV CONTRAST - Final result (05/19/2025 11:11 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/19/2025 11:11 AM CDT | |

#### Impressions

**05/19/2025 1:33 PM CDT**
1. Improving airway impaction in the left lower lobe however cylindrical bronchiectasis multifocal areas of airway infection and few scattered centrilobular nodules remain. Findings may represent sequelae of prior infection or could represent atypical infection in this patient with chronic cough.
2. Moderate coronary artery calcifications unusual for patient age. Recommend cardiology evaluation is recommended.

I, Dr. Palmi Shah, have personally reviewed this report and concur with its findings and conclusions, as affirmed by my electronic signature.

Resident/Fellow: Joshua Rosengarten on 05/19/2025 11:40 AM

Attending: Palmi Shah on 05/19/2025 1:33 PM

#### Narrative

**05/19/2025 1:33 PM CDT**
EXAM:
CT CHEST WITHOUT IV CONTRAST, 5/19/2025 11:11 am

HISTORY:
Abnormal xray - lung nodule (Age >= 35y) Abnormal CXR

COMPARISON:
CT of the chest 01/11/2025

TECHNIQUE:
Axial 1.5 mm helical acquisition was obtained through the chest without IV contrast. Multiple reformatted images were generated.

The CT scan was performed with attention to patient radiation dose reduction, as low as reasonably achievable (ALARA), while maintaining diagnostic image quality. At least one of the following dose reduction techniques was used: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique.

FINDINGS:
Lungs and central airways: The central airways are patent. Abberant bronchial anatomy with an accessory bronchus of the right upper lobe arising from the bronchus intermedius (coronal image 101).
Although there is improvement in the mucous plugging and clustered ground-glass opacities and centrilobular nodules in the left lower lobe there continues to be cylindrical bronchiectasis and bronchial wall thickening involving the left lower lobe bronchi. Several areas airway impaction persist, particularly in the posterior basal segment of the left lower lobe. Presumed scarring in the inferior most left lower lobe.
Linear atelectasis within the lingula. No new focal consolidation. No new suspicious pulmonary nodule.

Pleura/ Pleural Space: No pleural effusion or pneumothorax.

Mediastinum and Hila: No enlarged mediastinal lymph nodes. Evaluation of hilar lymph nodes is limited due to lack of intravenous contrast.

Heart and pericardium: The heart is not enlarged. Moderate coronary artery calcifications. No pericardial effusion.

Vessels: The thoracic aorta is nonaneurysmal. The main pulmonary artery is within normal limits.

Bones: No destructive osseous lesion. Stable punctate sclerotic focus in the left humeral head and right glenoid, likely bone islands. Vertebral body heights are maintained.

Chest wall: No enlarged axillary or subpectoral lymph nodes. Bilateral gynecomastia.

Abdomen: No focal hepatic lesion. The bilateral adrenal glands are unremarkable. Accessory splenule noted.

Lower Neck: The thyroid is not enlarged. No enlarged supraclavicular lymph nodes.

Support Devices: None.

**Palmi Shah, MD - 05/19/2025**

Formatting of this note might be different from the original.

EXAM:
CT CHEST WITHOUT IV CONTRAST, 5/19/2025 11:11 am

HISTORY:
Abnormal xray - lung nodule (Age >= 35y) Abnormal CXR

COMPARISON:
CT of the chest 01/11/2025

TECHNIQUE:
Axial 1.5 mm helical acquisition was obtained through the chest without IV contrast. Multiple reformatted images were generated.

The CT scan was performed with attention to patient radiation dose reduction, as low as reasonably achievable (ALARA), while maintaining diagnostic image quality. At least one of the following dose reduction techniques was used: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique.

FINDINGS:
Lungs and central airways: The central airways are patent. Abberant bronchial anatomy with an accessory bronchus of the right upper lobe arising from the bronchus intermedius (coronal image 101).
Although there is improvement in the mucous plugging and clustered ground-glass opacities and centrilobular nodules in the left lower lobe there continues to be cylindrical bronchiectasis and bronchial wall thickening involving the left lower lobe bronchi. Several areas airway impaction persist, particularly in the posterior basal segment of the left lower lobe. Presumed scarring in the inferior most left lower lobe.
Linear atelectasis within the lingula. No new focal consolidation. No new suspicious pulmonary nodule.

Pleura/ Pleural Space: No pleural effusion or pneumothorax.

Mediastinum and Hila: No enlarged mediastinal lymph nodes. Evaluation of hilar lymph nodes is limited due to lack of intravenous contrast.

Heart and pericardium: The heart is not enlarged. Moderate coronary artery calcifications. No pericardial effusion.

Vessels: The thoracic aorta is nonaneurysmal. The main pulmonary artery is within normal limits.

Bones: No destructive osseous lesion. Stable punctate sclerotic focus in the left humeral head and right glenoid, likely bone islands. Vertebral body heights are maintained.

Chest wall: No enlarged axillary or subpectoral lymph nodes. Bilateral gynecomastia.

Abdomen: No focal hepatic lesion. The bilateral adrenal glands are unremarkable. Accessory splenule noted.

Lower Neck: The thyroid is not enlarged. No enlarged supraclavicular lymph nodes.

Support Devices: None.

IMPRESSION:
1. Improving airway impaction in the left lower lobe however cylindrical bronchiectasis multifocal areas of airway infection and few scattered centrilobular nodules remain. Findings may represent sequelae of prior infection or could represent atypical infection in this patient with chronic cough.
2. Moderate coronary artery calcifications unusual for patient age. Recommend cardiology evaluation is recommended.

I, Dr. Palmi Shah, have personally reviewed this report and concur with its findings and conclusions, as affirmed by my electronic signature.

Resident/Fellow: Joshua Rosengarten on 05/19/2025 11:40 AM

Attending: Palmi Shah on 05/19/2025 1:33 PM

| Authorizing Provider | Result Type | Result Status |
|---|---|---|
| Abhaya Trivedi MD | RAD CT | Final Result |

COMPLETE PULMONARY FUNCTION TEST NO ABG (PFT LAB) - Final result (04/23/2025 11:00 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| FVC_PRE | 4.37 | L | | | RUSH MEDGRAPHICS | |
| FEV1_PRE | 3.20 | L | | | RUSH MEDGRAPHICS | |
| FEV1/FVC_PRE | 0.73 | % | | | RUSH MEDGRAPHICS | |
| VCSCV_PRE | 4.26 | L | | | RUSH MEDGRAPHICS | |
| TLC_PRE | 6.26 | L | | | RUSH MEDGRAPHICS | |
| RVTLCPL_PRE | 32 | % | | | RUSH MEDGRAPHICS | |
| DLCO_SB_PRE | 29.23 | ml/min/ mmHg | | | RUSH MEDGRAPHICS | |
| DLCO_COR | 29.00 | ml/min/ mmHg | | | RUSH MEDGRAPHICS | |
| VA_PRE | 5.45 | L | | | RUSH MEDGRAPHICS | |
| DLCOVA_PRE | 5.36 | ml/min/ mmHg/L | | | RUSH MEDGRAPHICS | |
| DLCOVA_COR | 5.32 | ml/min/ mmHg/L | | | RUSH MEDGRAPHICS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Interpretation | Technically satisfactory study. Normal FEV1/FVC and FVC (both > LLN). The FEV1 is normal (> LLN). The contour of the flow-volume loop is normal. The total lung capacity (TLC) is normal (> LLN). Specific airway conductance (sGaw) is normal (0.14-0.30). The DLCO is normal (> LLN). Oxygenation (SpO2) on room air at rest is normal (> 88%). IMPRESSION: Normal study. Methacholine or exercise challenge testing may be performed to better exclude asthma if clinically indicated. Uba Udeh, M.D.Fellow, Pulmonary & Critical Care MedicineAbhaya Trivedi, M.D.Associate Professor of MedicineDivision of Pulmonary, Critical Care & Sleep Medicine This electronic signature indicates attending review and interpretation of the study. | | | | RUSH MEDGRAPHICS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Electronically signed by: | This Completed, Posted and Locked interpretation has been electronically signed by Abhaya Trivedi on 4/29/2025 at 4:04 PM. | | | | RUSH MEDGRAPHICS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/23/2025 11:00 AM CDT | |

Narrative

**This result has an attachment that is not available.**

| Authorizing Provider | Result Type | Result Status |
|---|---|---|
| Abhaya Trivedi MD | PFL PULMONARY FUNCTION LAB | Final Result |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| RUSH MEDGRAPHICS | | | |

## CT CHEST WITHOUT IV CONTRAST - Final result (01/11/2025 3:56 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 01/11/2025 3:56 PM CST | |

Impressions

**01/12/2025 7:01 PM CST**

Mild diffuse bronchial wall thickening, with relatively focal posteromedial left lower lobe bronchiectasis/bronchiolectasis and multifocal regional mucous plugging. Adjacent atelectasis and subtle centrilobular tree-in-bud nodularity. Constellation of findings are suggestive of chronic aspiration/ superimposed infectious versus inflammatory bronchiolitis in this patient with a reported history of chronic cough.

I, Abdullgabbar Hamid, M.D. have personally reviewed this report and concur with its findings and conclusions, as amended in the final report, as affirmed by my electronic signature.

Resident/Fellow: Michael Koscienlniak on 01/11/2025 4:11 PM

Attending: Abdullgabbar Mohammad Rashid Hamid on 01/12/2025 7:00 PM

Narrative

**01/12/2025 7:01 PM CST**

EXAM:
CT CHEST WITHOUT IV CONTRAST, 1/11/2025 3:56 pm

HISTORY:
Abnormal xray - lung nodule (Age >= 35y) Abnormal CXR

COMPARISON:
Chest radiograph 01/07/2025.

TECHNIQUE:
Axial 1.25 mm helical acquisition was obtained through the chest. Multiple Reformatted images were generated.

The CT scan was performed with attention to patient radiation dose reduction, as low as reasonably achievable (ALARA), while maintaining diagnostic image quality. At least one of the following dose reduction techniques was used: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique.

FINDINGS:
Lungs and central airways: The central airways are patent. No focal consolidation. There is mild posteromedial left lower lobe bronchiectasis/bronchiolectasis with multifocal regional mucous plugging and associated adjacent linear atelectasis/scarring. Faint posteromedial left lower lobe ground-glass and centrilobular tree-in-bud nodularity scattered other minimal atelectasis throughout the lungs. There is mild diffuse bronchial wall thickening, particularly within the posteromedial left lower lobe. No cavitary lesions.

Pleura/ Pleural Space: No pleural effusion. No pneumothorax.

Mediastinum and Hila: No enlarged mediastinal lymph nodes. Evaluation of hilar lymph nodes is limited in the absence of intravenous contrast. Left superior intercostal vein is nondilated.

Heart and pericardium: The heart is nonenlarged. No pericardial effusion. Moderate LAD calcifications.

Vessels: Thoracic aorta is nonaneurysmal. Expected three-vessel configuration of the aortic arch. The main pulmonary artery is normal in caliber.

Bones: Vertebral body heights are maintained. No destructive osseous lesions. Sclerotic foci, for example within the right glenoid and left humeral head are likely bone islands.

Chest Wall: No enlarged axillary lymph nodes. Minimal gynecomastia.

Upper Abdomen: Smooth hepatic contour. Homogeneous noncontrast appearance of the hepatic parenchyma. Minimal/trace scattered perinephric fat stranding. Visualized adrenals and pancreas are unremarkable.

Lower Neck: The thyroid gland is nonenlarged. No enlarged supraclavicular lymph nodes.

Support Devices: None.

Procedure Note

**Abdullgabbar Hamid, MD - 01/12/2025**

Procedure Note

Formatting of this note might be different from the original.

EXAM:
CT CHEST WITHOUT IV CONTRAST, 1/11/2025 3:56 pm

HISTORY:
Abnormal xray - lung nodule (Age >= 35y) Abnormal CXR

COMPARISON:
Chest radiograph 01/07/2025.

TECHNIQUE:
Axial 1.25 mm helical acquisition was obtained through the chest. Multiple Reformatted images were generated.

The CT scan was performed with attention to patient radiation dose reduction, as low as reasonably achievable (ALARA), while maintaining diagnostic image quality. At least one of the following dose reduction techniques was used: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique.

FINDINGS:
Lungs and central airways: The central airways are patent. No focal consolidation. There is mild posteromedial left lower lobe bronchiectasis/bronchiolectasis with multifocal regional mucous plugging and associated adjacent linear atelectasis/scarring. Faint posteromedial left lower lobe ground-glass and centrilobular tree-in-bud nodularity scattered other minimal atelectasis throughout the lungs. There is mild diffuse bronchial wall thickening, particularly within the posteromedial left lower lobe. No cavitary lesions.

Pleura/ Pleural Space: No pleural effusion. No pneumothorax.

Mediastinum and Hila: No enlarged mediastinal lymph nodes. Evaluation of hilar lymph nodes is limited in the absence of intravenous contrast. Left superior intercostal vein is nondilated.

Heart and pericardium: The heart is nonenlarged. No pericardial effusion. Moderate LAD calcifications.

Vessels: Thoracic aorta is nonaneurysmal. Expected three-vessel configuration of the aortic arch. The main pulmonary artery is normal in caliber.

Bones: Vertebral body heights are maintained. No destructive osseous lesions. Sclerotic foci, for example within the right glenoid and left humeral head are likely bone islands.

Chest Wall: No enlarged axillary lymph nodes. Minimal gynecomastia.

Upper Abdomen: Smooth hepatic contour. Homogeneous noncontrast appearance of the hepatic parenchyma. Minimal/trace scattered perinephric fat stranding. Visualized adrenals and pancreas are unremarkable.

Lower Neck: The thyroid gland is nonenlarged. No enlarged supraclavicular lymph nodes.

Support Devices: None.

IMPRESSION:
Mild diffuse bronchial wall thickening, with relatively focal posteromedial left lower lobe bronchiectasis/bronchiolectasis and multifocal regional mucous plugging. Adjacent atelectasis and subtle centrilobular tree-in-bud nodularity. Constellation of findings are suggestive of chronic aspiration/superimposed infectious versus inflammatory bronchiolitis in this patient with a reported history of chronic cough.

I, Abdullgabbar Hamid, M.D. have personally reviewed this report and concur with its findings and conclusions, as amended in the final report, as affirmed by my electronic signature.

Resident/Fellow: Michael Koscienlniak on 01/11/2025 4:11 PM

Attending: Abdullgabbar Mohammad Rashid Hamid on 01/12/2025 7:00 PM

| Authorizing Provider | Result Type | Result Status |
| --- | --- | --- |
| Abhaya Trivedi MD | RAD CT | Final Result |

## X-RAY CHEST 2 VIEWS PA/LAT - Final result (01/07/2025 4:58 PM CST)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| Chest | | Digital Radiography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 01/07/2025 4:58 PM CST | |

Impressions

**01/08/2025 12:27 PM CST**
Focal airspace opacity overlapping the spine on the lateral view likely within the lower lobe. Followup chest CT could be considered especially in view of the history of chronic cough.

I, Dr. Palmi Shah, have personally reviewed this report and concur with its findings and conclusions, as affirmed by my electronic signature.

Resident/Fellow: Jared Madden on 01/8/2025 7:42 AM

Attending: Palmi Shah on 01/8/2025 12:26 PM

Narrative

**01/08/2025 12:27 PM CST**
EXAM:
X-RAY CHEST 2 VIEWS PA/LAT, 1/7/2025 4:58 pm

HISTORY:
chronic cough Chronic cough

COMPARISON:
None available.

TECHNIQUE:
Frontal and lateral views of the chest were obtained.

FINDINGS:
Trachea is in expected position. Cardiomediastinal silhouette is normal in size. The pulmonary vasculature is unremarkable. New focal opacity overlapping the spine only seen on the lateral view likely within the left lower lobe. No focal consolidation, pleural effusion, or pneumothorax.

The included osseous structures appear unremarkable.

Procedure Note

**Palmi Shah, MD - 01/08/2025**
Formatting of this note might be different from the original.
EXAM:
X-RAY CHEST 2 VIEWS PA/LAT, 1/7/2025 4:58 pm

HISTORY:
chronic cough Chronic cough

COMPARISON:
None available.

TECHNIQUE:
Frontal and lateral views of the chest were obtained.

FINDINGS:
Trachea is in expected position. Cardiomediastinal silhouette is normal in size. The pulmonary vasculature is unremarkable. New focal opacity overlapping the spine only seen on the lateral view likely within the left lower lobe. No focal consolidation, pleural effusion, or pneumothorax.

The included osseous structures appear unremarkable.

IMPRESSION:
Focal airspace opacity overlapping the spine on the lateral view likely within the lower lobe. Followup chest CT could be considered especially in view of the history of chronic cough.

I, Dr. Palmi Shah, have personally reviewed this report and concur with its findings and conclusions, as affirmed by my electronic signature.

Resident/Fellow: Jared Madden on 01/8/2025 7:42 AM

Attending: Palmi Shah on 01/8/2025 12:26 PM

| Authorizing Provider | Result Type | Result Status |
| --- | --- | --- |
| Abhaya Trivedi MD | RAD GEN IMAGING | Final Result |

## Care Teams

| Team Member | Relationship | Specialty | Start Date | End Date |
| --- | --- | --- | --- | --- |
| **Pt Does Not Have A PCP**<br>1620 W HARRISON ST<br>PATIENT ACCESS<br>CHICAGO, IL 60612<br>312-942-5000 (Work) | PCP - General | | 1/2/25 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
| --- | --- | --- |
| **Pt Does Not Have A PCP** (Jan. 02, 2025 - Present)<br>312-942-5000 (Work)<br>1620 W HARRISON ST<br>PATIENT ACCESS<br>CHICAGO, IL 60612<br>General Practice Physician<br>**Rush University Medical Center**<br>1653 W Congress Pkwy<br>Chicago, IL 60612 | | Apr. 02, 1983 - May 25, 2025 |

Custodian Organization

**Rush University Medical Center**
1653 W Congress Pkwy
Chicago, IL 60612

Legal Authenticator

**Him R**




If you take your Lucy record on a thumb drive to a different doctor, he or she might be able to use his computer to read the file electronically. Your downloaded, machine-readable Personal Health Summary document is in a format called "CDA." If your doctor has a computer that understands CDA, your information is a folder on your thumb drive called MachineReadable_XDMFormat. You might need to enter a password before your doctor can use this file.

Copyright ©2025 Epic

## Patient Demographics - Male; born Apr. 02, 1983

| Patient Address | Patient Name | Communication |
|---|---|---|
| [redacted] | Steve Sannikov | [redacted] |

*Former (Jan. 02, 2025 - Jan. 07, 2025):*

[redacted]

| Language | Race / Ethnicity | Marital Status |
|---|---|---|
| English (Preferred) | White / Not Hispanic or Latino | Unknown |

## Note from Rush University Medical Center

This document contains information that was shared with Steve Sannikov. It may not contain the entire record from Rush University Medical Center.

## Encounter Details

| Date | Type | Department | Care Team (Latest Contact Info) | Description |
|---|---|---|---|---|
| 05/19/2025 10:53 AM CDT - 05/19/2025 11:59 PM CDT | Hospital Encounter | RUSH Imaging - CT<br>2455 Corporate West Dr<br>Suite 101<br>Lisle, IL 60532-3622<br>312-942-5741 | **Abhaya Trivedi, MD**<br>1520 W HARRISON ST<br>6TH FLOOR<br>CHICAGO, IL 60607-3106<br>312-942-6744 (Work)<br>312-942-3131 (Fax) | Discharge Disposition: Discharged to home or self care (routine discharge) |

## Allergies - documented as of this encounter (statuses as of 05/25/2025)

No known active allergies

## Medications - documented as of this encounter (statuses as of 05/25/2025)

| Medication | Sig | Dispense Quantity | Refills | Last Filled | Start Date | End Date | Status |
|---|---|---|---|---|---|---|---|
| azelastine (ASTELIN) 137 mcg (0.1 %) Nasl Spry | Apply 1 spray into both nostrils two times daily Gently blow nose prior to use. | 30 mL | 1 | | 01/07/2025 | | Active |

## Active Problems - documented as of this encounter (statuses as of 05/25/2025)

No known active problems

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Former | Cigarettes | | | |
| Smokeless Tobacco: Never | | | | |

| Sex and Gender Information | Value | Date Recorded |
|---|---|---|
| Sex Assigned at Birth | Not on file | |
| Legal Sex | Male | 01/02/2025 11:52 AM CST |
| Gender Identity | Not on file | |
| Sexual Orientation | Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispense Quantity | Refills | Last Filled | Start Date | End Date |
|---|---|---|---|---|---|---|
| azelastine (ASTELIN) 137 mcg (0.1 %) Nasl Spry | Apply 1 spray into both nostrils two times daily Gently blow nose prior to use. | 30 mL | 1 | | 01/07/2025 | |

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| DTaP/TDaP/Td Vaccines (1 - Tdap) | **04/02/2004** | | |
| COVID-19 Vaccine (1 - 2024-25 season) | **09/01/2024** | | |
| Flu Shot (Season Ended) | 09/01/2025 | | |
| Meningococcal B | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal 7-64 | Aged Out | | No longer eligible based on patient's age to complete this topic |
| RSV | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

### CT CHEST WITHOUT IV CONTRAST - Final result (05/19/2025 11:11 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/19/2025 11:11 AM CDT | |

Impressions

**05/19/2025 1:33 PM CDT**

1. Improving airway impaction in the left lower lobe however cylindrical bronchiectasis multifocal areas of airway infection and few scattered centrilobular nodules remain. Findings may represent sequelae of prior infection or could represent atypical infection in this patient with chronic cough.
2. Moderate coronary artery calcifications unusual for patient age. Recommend cardiology evaluation is recommended.

I, Dr. Palmi Shah, have personally reviewed this report and concur with its findings and conclusions, as affirmed by my electronic signature.

Resident/Fellow: Joshua Rosengarten on 05/19/2025 11:40 AM

Attending: Palmi Shah on 05/19/2025 1:33 PM

Narrative

**05/19/2025 1:33 PM CDT**

EXAM:
CT CHEST WITHOUT IV CONTRAST, 5/19/2025 11:11 am

HISTORY:
Abnormal xray - lung nodule (Age >= 35y) Abnormal CXR

COMPARISON:
CT of the chest 01/11/2025

TECHNIQUE:
Axial 1.5 mm helical acquisition was obtained through the chest without IV contrast. Multiple reformatted images were generated.

The CT scan was performed with attention to patient radiation dose reduction, as low as reasonably achievable (ALARA), while maintaining diagnostic image quality. At least one of the following dose reduction techniques was used: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique.

FINDINGS:
Lungs and central airways: The central airways are patent. Abberant bronchial anatomy with an accessory bronchus of the right upper lobe arising from the bronchus intermedius (coronal image 101).
Although there is improvement in the mucous plugging and clustered ground-glass opacities and centrilobular nodules in the left lower lobe there continues to be cylindrical bronchiectasis and bronchial wall thickening involving the left lower lobe bronchi. Several areas airway impaction persist, particularly in the posterior basal segment of the left lower lobe. Presumed scarring in the inferior most left lower lobe.
Linear atelectasis within the lingula. No new focal consolidation. No new suspicious pulmonary nodule.

Pleura/ Pleural Space: No pleural effusion or pneumothorax.

Mediastinum and Hila: No enlarged mediastinal lymph nodes. Evaluation of hilar lymph nodes is limited due to lack of intravenous contrast.

Heart and pericardium: The heart is not enlarged. Moderate coronary artery calcifications. No pericardial effusion.

Vessels: The thoracic aorta is nonaneurysmal. The main pulmonary artery is within normal limits.

Bones: No destructive osseous lesion. Stable punctate sclerotic focus in the left humeral head and right glenoid, likely bone islands. Vertebral body heights are maintained.

Chest wall: No enlarged axillary or subpectoral lymph nodes. Bilateral gynecomastia.

Abdomen: No focal hepatic lesion. The bilateral adrenal glands are unremarkable. Accessory splenule noted.

Lower Neck: The thyroid is not enlarged. No enlarged supraclavicular lymph nodes.

Support Devices: None.

**Palmi Shah, MD - 05/19/2025**

Formatting of this note might be different from the original.

EXAM:
CT CHEST WITHOUT IV CONTRAST, 5/19/2025 11:11 am

HISTORY:
Abnormal xray - lung nodule (Age >= 35y) Abnormal CXR

COMPARISON:
CT of the chest 01/11/2025

TECHNIQUE:
Axial 1.5 mm helical acquisition was obtained through the chest without IV contrast. Multiple reformatted images were generated.

The CT scan was performed with attention to patient radiation dose reduction, as low as reasonably achievable (ALARA), while maintaining diagnostic image quality. At least one of the following dose reduction techniques was used: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique.

FINDINGS:
Lungs and central airways: The central airways are patent. Abberant bronchial anatomy with an accessory bronchus of the right upper lobe arising from the bronchus intermedius (coronal image 101).
Although there is improvement in the mucous plugging and clustered ground-glass opacities and centrilobular nodules in the left lower lobe there continues to be cylindrical bronchiectasis and bronchial wall thickening involving the left lower lobe bronchi. Several areas airway impaction persist, particularly in the posterior basal segment of the left lower lobe. Presumed scarring in the inferior most left lower lobe.
Linear atelectasis within the lingula. No new focal consolidation. No new suspicious pulmonary nodule.

Pleura/ Pleural Space: No pleural effusion or pneumothorax.

Mediastinum and Hila: No enlarged mediastinal lymph nodes. Evaluation of hilar lymph nodes is limited due to lack of intravenous contrast.

Heart and pericardium: The heart is not enlarged. Moderate coronary artery calcifications. No pericardial effusion.

Vessels: The thoracic aorta is nonaneurysmal. The main pulmonary artery is within normal limits.

Bones: No destructive osseous lesion. Stable punctate sclerotic focus in the left humeral head and right glenoid, likely bone islands. Vertebral body heights are maintained.

Chest wall: No enlarged axillary or subpectoral lymph nodes. Bilateral gynecomastia.

Abdomen: No focal hepatic lesion. The bilateral adrenal glands are unremarkable. Accessory splenule noted.

Lower Neck: The thyroid is not enlarged. No enlarged supraclavicular lymph nodes.

Support Devices: None.

IMPRESSION:
1. Improving airway impaction in the left lower lobe however cylindrical bronchiectasis multifocal areas of airway infection and few scattered centrilobular nodules remain. Findings may represent sequelae of prior infection or could represent atypical infection in this patient with chronic cough.
2. Moderate coronary artery calcifications unusual for patient age. Recommend cardiology evaluation is recommended.

I, Dr. Palmi Shah, have personally reviewed this report and concur with its findings and conclusions, as affirmed by my electronic signature.

Resident/Fellow: Joshua Rosengarten on 05/19/2025 11:40 AM

Attending: Palmi Shah on 05/19/2025 1:33 PM

| Authorizing Provider | Result Type | Result Status |
|---|---|---|
| Abhaya Trivedi MD | RAD CT | Final Result |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Abnormal CXR |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
| --- | --- | --- | --- | --- |
| **Pt Does Not Have A PCP**<br>1620 W HARRISON ST<br>PATIENT ACCESS<br>CHICAGO, IL 60612<br>312-942-5000 (Work) | PCP - General | | 1/2/25 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
| --- | --- | --- |
| **Pt Does Not Have A PCP** (Jan. 02, 2025 - Present)<br>312-942-5000 (Work)<br>1620 W HARRISON ST<br>PATIENT ACCESS<br>CHICAGO, IL 60612<br>General Practice Physician<br>**Rush University Medical Center**<br>1653 W Congress Pkwy<br>Chicago, IL 60612 | | May 19, 2025 |

| Custodian Organization |
| --- |
| **Rush University Medical Center**<br>1653 W Congress Pkwy<br>Chicago, IL 60612 |

| Encounter Providers | Encounter Date |
| --- | --- |
| **Abhaya Trivedi, MD** (Attending)<br>NPI: 1619293800<br>312-942-6744 (Work)<br>312-942-3131 (Fax)<br>1520 W HARRISON ST<br>6TH FLOOR<br>CHICAGO, IL 60607-3106<br>Internal Medicine | May 19, 2025 |

| Legal Authenticator |
| --- |
| **Him R** |

# Exhibit C

Name: Steve Sannikov | DOB: 4/2/1983 | MRN: 9379528 | PCP: Pt Does Not Have A PCP | Legal Name: Steve Sannikov

# Appointment Details

# New Patient Cardiology Visit with Alan Goldberg, MD

Monday June 30, 2025

Arrive by 1:05 PM CDT

Starts at 1:20 PM CDT

Add to calendar

RUSH Cardiology

539 N DEARBORN STREET

CHICAGO IL 60654-4812

312 549 4400

Get directions

# You're all set!

You've confirmed this appointment!

You will be notified if an earlier time becomes available. Patients signed up for text or mobile app notifications can receive more offers. Click here to set your text notification preferences, or go to 'Account Settings' on the mobile app. Get off the Wait List

All questionnaires for this appointment will be available for you to answer on Monday June 23, 2025.

## Visit Instructions

- Please send all outside medical records and imaging to the clinic a minimum of 5 days prior to your appointment (if performed outside of RUSH). Records and imaging can be sent via mail directly to the clinic or by uploading the documents to your MyChart.
- Bring a copy of your ID, Insurance Card, a list of your medications or the medication bottle, relevant testing results, Imaging CD and Reports (if performed outside of RUSH).
- Coin urance and co payment are due at the time of appointment check in
- To save time upon your arrival, please remember up to 7 days prior to your appointment, you can conveniently check-in online via MyChart and pay any co-insurance or co-payments due, update insurance information, sign appointment consents and more!

---

Reschedule appointment

X Cancel appointment

**MyChart Helpline: (312) 563-6600** Contact Rush rush.edu

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

*RUSH is a not for profit health care, education and research enterprise comprising RUSH University Medical Center, RUSH University, RUSH Oak Park Hospital, RUSH Health, and RUSH Copley Medical Center.*