IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 23 CR 253-1 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| STANISLAV SANNIKOV | ) | |
| | ) | |

**AGREED MOTION FOR AN ORDER RELEASING PASSPORT**

Defendant, STANISLAV SANNIKOV, by the Federal Defender Program and its attorney, MARY H. JUDGE, respectfully requests an order authorizing the United States Pretrial Services Office to release Mr. Sannikov's passport to his wife, Miranda O'Brenski.

Counsel has confirmed with Pretrial Services Officer Nicole Gibson that the passport is currently being maintained in the Chicago Pretrial Services Office.

Mr. Sannikov surrendered his passport to Pretrial Services as a condition of his release as stated in the order setting conditions of release, entered by the Court on June 14, 2023 [dkt. 9].

Mr. Sannikov entered a plea of guilty on March 13, 2024 [dkt.20] and was sentenced on February 5, 2025 [dkt. 42]. Mr. Sannikov self-surrendered to the Federal Bureau of Prisons on July 18, 2025. He is expected to be released from Allenwood Low FCI on February 03, 2029, according to the BOP website.

Mr. Sannikov seeks an order authorizing Pretrial Services to release his passport to Miranda O'Brenski. Undersigned counsel has consulted with Assistant United States Attorney Sheri Mecklenburg and she does not oppose this motion.

## CONCLUSION

WHEREFORE, for these reasons, the defendant respectfully requests an order requiring the Pretrial Services Office to release Mr. Sannikov's passport to his wife, Miranda O'Brenski, at a time convenient for both.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: /s/*Mary H. Judge*
Mary H. Judge
Attorney for Stanislav Sannikov

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8300

# CERTIFICATE OF SERVICE

The undersigned, Mary H. Judge, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**AGREED MOTION FOR AN ORDER RELEASING PASSPORT**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 13, 2025, to counsel/parties that are non-ECF filers.

By: */s/ Mary H. Judge*

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8336